AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>GUIN, J. FOY, JR. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, N.D. ALA. | 3. Date of Report<br><br>05/09/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>918 FEDERAL COURTHOUSE<br>1729 FIFTH AVENUE NORTH<br>BIRMINGHAM, ALABAMA 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Alabama Law Institute |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. (See Section VIII for explana- | Downtown Rotary Club, B'ham | $ 0.0 |
| 2. tion.) | | $ 0.0 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Office Bldg. Russellville,Ala. | C | Rent | | | Sell | 06/01 | L | F | William L Thompson |
| 2. 1/3 interest in lot located in Haleyville, Ala. | A | Rent | J | W | | | | | |
| 3. AmSouth Bank account | A | Interest | J | T | | | | | |
| 4. Regions Bank (checking) | A | Interest | J | T | | | | | |
| 5. B'ham Fed Employees Fed Cr Union (sav/cking) | A | Interest | J | T | | | | | |
| 6. ExxonMobil Corp com | E | Dividend | O | T | | | | | |
| 7. SBC Communications, Inc com | B | Dividend | K | T | | | | | |
| 8. Clipper Fund | | None | | | Sell | 10/26 | J | | |
| 9. FMI Funds | A | Dividend | J | T | | | | | |
| 10. IRA ACCT. A | A | Div & int | K | T | | | | | |
| 11. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 12. -Teco Energy Inc com. | | | | | | | | | |
| 13. -Teleflex Inc com. | | | | | Partial sell | 06/10 | J | A | |
| 14. -Teleflex Inc. com. | | | | | Sell | 08/15 | J | B | |
| 15. -AmSouth Bancorpation com | | | | | | | | | |
| 16. -Home Depot, Inc com | | | | | | | | | |
| 17. -Disney Walt Co Holding Co | | | | | Buy | 11/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Dow Chem Co | | | | | Buy | 12/02 | J | | |
| 19. IRA ACCT. B | C | Div & Int | M | T | | | | | |
| 20. -Applied Materials Inc com | | | | | | | | | |
| 21. -Bank of America Corp com | | | | | | | | | |
| 22. -CVS Corp com | | | | | Partial sell | 01/14 | J | A | |
| 23. -CVS Corp com | | | | | Sell | 06/07 | J | C | |
| 24. -General Electric Corp com | | | | | | | | | |
| 25. -Merck & Co Inc com | | | | | | | | | |
| 26. -Pershing Govt Fund (Money market fund) | | | | | | | | | |
| 27. -Sun Microsystems Inc com | | | | | | | | | |
| 28. -Conagra Foods, Inc com | | | | | Sell | 07/13 | J | | |
| 29. -Dollar Gen Corp com | | | | | Sell | 03/15 | K | A | |
| 30. -Stanley Works com | | | | | | | | | |
| 31. -Johnson & Johnson com | | | | | | | | | |
| 32. -Firserv, Inc com | | | | | | | | | |
| 33. -Lowes Cos, Inc com | | | | | | | | | |
| 34. -Wendys Intl, Inc com | | | | | Sell | 05/06 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Gentex Corp com | | | | | Sell | 08/29 | J | | |
| 36. -Nokia Corp Sponsored ADR | | | | | | | | | |
| 37. -First Data Corp | | | | | Buy | 01/19 | J | | |
| 38. -First Data Corp | | | | | Sell | 04/12 | J | | |
| 39. -Home Depot, Inc | | | | | Buy | 03/21 | J | | |
| 40. -Grainger, WW, Inc | | | | | Buy | 04/13 | J | | |
| 41. -Alberto Culver | | | | | Buy | 06/13 | J | | |
| 42. -Lubrizol Corp | | | | | Buy | 07/07 | J | | |
| 43. -Masco Corp | | | | | Buy | 07/12 | J | | |
| 44. -Elkcorp | | | | | Buy | 09/19 | J | | |
| 45. IRA ACCT. C | A | Div & Int | K | T | | | | | |
| 46. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 47. -Dollar Gen Corp com | | | | | Sell | 03/15 | J | A | |
| 48. -Johnson & Johnson com | | | | | | | | | |
| 49. -General Electric Co com | | | | | | | | | |
| 50. -Nokia Corp Sponsored ADR | | | | | | | | | |
| 51. -Home Depot, Inc | | | | | Buy | 03/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 53. -Bellsouth Corp. com. | A | Dividend | | | Sell | 01/28 | J | | |
| 54. -Barrick Gold com | A | Dividend | J | T | | | | | |
| 55. -Abbott Laboratories com. | A | Dividend | J | T | | | | | |
| 56. -Abbott Laboratories com. | | None | J | T | Buy | 11/16 | J | | |
| 57. -Hewlett-Packard Inc. com. | | None | | | Partial sell | 03/03 | J | | |
| 58. -Agilent Technologies com | | None | | | Sell | 05/31 | J | | |
| 59. -McDonald's Corp. com. | A | Dividend | J | T | | | | | |
| 60. -Southwest Airlines com. | A | Dividend | J | T | | | | | |
| 61. -Pepsico Inc com | A | Dividend | K | T | | | | | |
| 62. -AmSouth Bancorp com | A | Dividend | J | T | | | | | |
| 63. -Texas Instruments, Inc com | A | Dividend | K | T | | | | | |
| 64. -Intel Corp. com | A | Dividend | J | T | | | | | |
| 65. -Intel Corp. com | | None | J | T | Buy | 11/16 | J | | |
| 66. -PPG Industries com | A | Dividend | J | T | | | | | |
| 67. -PPG Industries com | | None | J | T | Buy | 11/25 | J | | |
| 68. -Alliance Govt Reserve (Money market fund) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Home Depot Inc com | A | Dividend | J | T | | | | | |
| 70. -Bristol Meyers Squibb Co com | A | Dividend | | | Sell | 09/07 | J | | |
| 71. -Merck & Co, Inc com | A | Dividend | | | Sell | 11/25 | J | | |
| 72. -General Electric Co com | A | Dividend | K | T | | | | | |
| 73. -Automatic Data Processing, Inc com | A | Dividend | J | T | | | | | |
| 74. -Lucent Technologies, Inc com | | None | J | T | | | | | |
| 75. -Pfizer, Inc com | A | Dividend | J | T | | | | | |
| 76. -Pfizer, Inc com | | None | J | T | Buy | 12/16 | J | | |
| 77. -Kimberly Clark Corp com | A | Dividend | J | T | | | | | |
| 78. -Jefferson Pilot Corp com | A | Dividend | J | T | | | | | |
| 79. -Jefferson Pilot Corp com | A | Dividend | J | T | Buy | 05/31 | J | | |
| 80. -Nokia Corp Sponsored ADR | A | Dividend | J | T | | | | | |
| 81. -Johnson & Johnson com | A | Dividend | J | T | | | | | |
| 82. -Allstate Corp com | A | Dividend | J | T | | | | | |
| 83. -ChevronTexaco Corp com | A | Dividend | J | T | | | | | |
| 84. -3M Company com | A | Dividend | J | T | | | | | |
| 85. -3M Company com | A | Dividend | J | T | Buy | 06/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Colgate-Palmolive Co com | A | Dividend | J | T | | | | | |
| 87. -Walgreen Co com | A | Dividend | J | T | | | | | |
| 88. -Sysco Corp com | A | Dividend | J | T | | | | | |
| 89. -Neenah Paper, Inc com | | None | | | Sell | 03/30 | J | | |
| 90. -Grainger, WW, Inc | A | Dividend | K | T | Buy | 02/02 | K | | |
| 91. -Grainger, WW, Inc | | None | J | T | Buy | 11/25 | J | | |
| 92. -Procter & Gamble Co | A | Dividend | J | T | Buy | 02/04 | J | | |
| 93. -Procter & Gamble Co | A | Dividend | J | T | Buy | 06/27 | J | | |
| 94. -Alcoa, Inc | A | Dividend | | | Buy | 03/03 | J | | |
| 95. -Alcoa, Inc | | | | | Sell | 10/05 | J | | |
| 96. -Merck & Co, Inc | | None | J | T | Buy | 10/24 | J | | |
| 97. -United Parcel Service, Inc | | None | J | T | Buy | 11/04 | J | | |
| 98. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 99. -AmSouth Bancorp com | A | Dividend | J | T | | | | | |
| 100. -Protective Life Corp com | A | Dividend | J | T | | | | | |
| 101. -Citibank NA Bank Deposit Program (Money market fund) | A | Interest | J | T | | | | | |
| 102. -General Electric Co com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Intel Corp | | None | J | T | Buy | 11/15 | J | | |
| 104. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 105. -Federal Government Reserves | A | Dividend | J | T | Buy | 11/17 | J | | |
| 106. -Disney Walt Co Holding Co | | None | J | T | Buy | 11/28 | J | | |
| 107. -Grainger, WW, Inc | | None | J | T | Buy | 11/28 | J | | |
| 108. Scudder Var. Life Invest. Fund (Charter Nat'l - money market | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item V. Other gifts

I hold an honorary membership in the Downtown Rotary Club in Birmingham, Alabama. I have attend six to eight meetings per year, but pay only for meals. I have no vote and take no part in the club policy or decision making. Value of membership is unknown. As explained in my letter of July 6, 1995, an appropriate dollar value for this honorary menbership would be no more than $1.00. I am really only a guest who pays $10.00 for a $5.00 meal. In no way can this honorary menbership be said to have any value. There is no such thing as "a basic membership with like privileges".

Item VII. Investments and Trusts

Some investments included on Part VII of the 2004 report have been combined on the 2005 report. The investments combined were for the same investment included on two different lines and in the same account. The investments combined for the 2005 report are as follows:

|  | Line numbers - 2004 | Line number - 2005 |
|---|---|---|
| Firsserv, Inc com | 35 & 38 | 32 |
| Pepsico, Inc com | 60 & 88 | 61 |
| Texas Instruments, Inc com | 62 & 90 | 63 |
| General Electric Co com | 69 & 83 | 72 |
| Pfizer, Inc com | 72 & 75 | 75 |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/09/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

Date May 11, 2006

NOTE:                                    ILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544